# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Case No. 14-10337-BLS |
| | ) Chapter 13 |
| DEVIN G. TOMASESKI, Debtor | ) |
| | ) |
| HEATHER ROBBIE, Plaintiff | ) Adv. Proc. No. 14-50380-BLS |
| | ) |
| vs. | ) |
| | ) |
| DEVIN G. TOMASESKI, Defendant | ) |

## STIPULATION TO EXTEND PRETRIAL CONFERENCE AND TIME TO ANSWER COUNTERCLAIM

The parties by and through their undersigned counsel hereby agree to extend the time for Plaintiff to answer the counterclaim as well as the Pretrial conference of July 29, 2014 at 10 a.m. as settlement is being discussed and the parties wish to limit their costs. The Answer to Counterclaim shall be due August 18, 2014 and the new date for the pre trial conference in the above adversary action shall be August 26, 2014 at 10:00 a.m.

July 28, 2014        /s Erin K. Brignola
Date                 Erin K. Brignola, Esq., Debtor and Defendant's Attorney

July 28,, 2014       BY: /s/Gary R Spritz
Date                 GARY R. SPRITZ, ESQ., Plaintiff's Counsel


                                   _____
                                   Hon. Brendan L. Shannon